**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NBCCAT Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**DBA TransNational Parts; DBA XMGM Company; DBA National Intermodal Services** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**75-3089068** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1800 W. 43rd Street**<br>**Chicago, IL 60609** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01)

**FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**NBCCAT Corporation**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **- None -** | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **Remare Transportation Corporation** | | |

| District: | Relationship: | Judge: |
|---|---|---|
| **Northern District of Illinois** | **sister company (union affiliated company)** | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney
X **/s/ Barry A. Chatz 06196639**
Signature of Attorney for Debtor(s)

**Barry A. Chatz 06196639**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 S. RiverSide Plaza**
**Chicago, IL 60606**
Address

**(312)876-7100  Fax: (312)876-0288**
Telephone Number

**May 10, 2005**
Date

### Signature of Debtor (Corporation/Partnership)
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J. Thomas Williams**
Signature of Authorized Individual

**J. Thomas Williams**
Printed Name of Authorized Individual

**VicePresident**
Title of Authorized Individual

**May 10, 2005**
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## CERTIFICATE OF RESOLUTION

I, J. Thomas Williams, do hereby certify that I am the duly appointed and acting Vice President of NBCCAT Corporation, an Illinois corporation (the "Corporation"), and that as such officer, I am authorized to execute and deliver this certificate on behalf of the Corporation. In my capacity as Vice President, I further certify that the following resolutions were adopted by the Board of Directors at a duly called meeting of the Corporation's Board of Directors held on May 3, 2005.

**RESOLVED** that, in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporation, its creditors, stockholders, employees and other interested parties that the Corporation file a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that each of the officers of the Corporation (together, the "Authorized Officers"), is hereby authorized and empowered on behalf of, and in the name of, the Corporation, acting singly or jointly, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as the officer executing the same shall determine; and

**RESOLVED FURTHER**, that each of the Authorized Officers shall, from time to time, designate, be, and each hereby is, authorized and empowered, on behalf of, and in the name of, the Corporation to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the Authorized Officers may deem necessary or proper in connection with the Corporation's Chapter 11 case; and

**RESOLVED FURTHER**, that each of the members of the law firm of Arnstein & Lehr LLP, in any of its various offices throughout the United States, shall be employed as attorneys for the Corporation in the Corporation's Chapter 11 case; and

**RESOLVED FURTHER**, that each of the Authorized Officers be, and each hereby is, authorized and empowered, on behalf of, and in the name of the Corporation to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Corporation's Chapter 11 case on such terms as such Authorized Officer deems necessary. proper and desirable.

**IN WITNESS WHEREOF**, I have hereunto set my hand on this 3rd day of May, 2005.

Date: May 3, 2005           Signature:   X _Thomas Williams_
                                         J. Thomas Williams, Vice President

971331_1

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **NBCCAT Corporation**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bay City Leasing LLC<br>P.O. Box 74699<br>Chicago, IL 60675-4699 | Bay City Leasing LLC<br>P.O. Box 74699<br>Chicago, IL 60675-4699 | | | 22,691.82 |
| Buffers USA, Inc.<br>P.O. Box 351581<br>Jacksonville, FL 32235 | Buffers USA, Inc.<br>P.O. Box 351581<br>Jacksonville, FL 32235 | | | 13,123.21 |
| Cardlock Fuels<br>P.O. Box 14014<br>Orange, CA 92863-4014 | Cardlock Fuels<br>P.O. Box 14014<br>Orange, CA 92863-4014 | | | 9,221.94 |
| Chicago Bandag, Inc.<br>425 Fenton Lane<br>West Chicago, IL 60185 | Chicago Bandag, Inc.<br>425 Fenton Lane<br>West Chicago, IL 60185 | | | 44,080.64 |
| Chicago Tire<br>16001 S. Van Drunen Road<br>South Holland, IL 60473 | Chicago Tire<br>16001 S. Van Drunen Road<br>South Holland, IL 60473 | | | 15,907.14 |
| City International Truck Inc.<br>4655 S. Central Avenue<br>Chicago, IL 60638 | City International Truck Inc.<br>4655 S. Central Avenue<br>Chicago, IL 60638 | | | 7,180.14 |
| Forest View Properties, LLC<br>c/o Malet Realty, Ltd.<br>900 W. Jackson Blvd., Ste 4W<br>Chicago, IL 60607 | Forest View Properties, LLC<br>c/o Malet Realty, Ltd.<br>900 W. Jackson Blvd., Ste 4W<br>Chicago, IL 60607 | | | 37,198.91 |
| Home Depot<br>P.O. Box 9903<br>Macon, GA 31297-9903 | Home Depot<br>P.O. Box 9903<br>Macon, GA 31297-9903 | | | 7,111.10 |
| IL Dept. of Employment Security<br>Chicago Region - Revenue<br>527 S. Wells<br>Chicago, IL 60680 | IL Dept. of Employment Security<br>Chicago Region - Revenue<br>527 S. Wells<br>Chicago, IL 60680 | | | 12,059.30 |
| Internal Revenue Service (Insolvency)<br>200 W. Adams, Suite 2300<br>Chicago, IL 60606 | Internal Revenue Service (Insolvency)<br>200 W. Adams, Suite 2300<br>Chicago, IL 60606 | Form 941 | Disputed | 533,039.76 |
| Kusper & Raucci<br>30 N. LaSalle St.<br>Suite 3400<br>Chicago, IL 60602 | Kusper & Raucci<br>30 N. LaSalle St.<br>Suite 3400<br>Chicago, IL 60602 | | | 10,500.00 |
| L.A. Fasteners<br>P.O. Box 1048<br>Saint Charles, IL 60174-7048 | L.A. Fasteners<br>P.O. Box 1048<br>Saint Charles, IL 60174-7048 | | | 47,488.90 |

In re  **NBCCAT Corporation**        Case No. _____

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Liberty Sales and Leasing LLC<br>3111 W. 167th Street<br>Hazel Crest, IL 60429 | Liberty Sales and Leasing LLC<br>3111 W. 167th Street<br>Hazel Crest, IL 60429 | | | 10,210.00 |
| Metroplitan Water Reclamation Dist.<br>100 E. Erie Street<br>Chicago, IL 60611 | Metroplitan Water Reclamation Dist.<br>100 E. Erie Street<br>Chicago, IL 60611 | | | 362,278.32 |
| Norfolk Southern<br>110 Franklin Road<br>Roanoke, VA 24042-0044 | Norfolk Southern<br>110 Franklin Road<br>Roanoke, VA 24042-0044 | | | 15,008.00 |
| Pacific Coast Retreaders<br>333 Hegenberger<br>Suite 705<br>Oakland, CA 94621 | Pacific Coast Retreaders<br>333 Hegenberger<br>Suite 705<br>Oakland, CA 94621 | | | 21,231.60 |
| Praxair<br>Dept. LA 21511<br>Pasadena, CA 91185-1511 | Praxair<br>Dept. LA 21511<br>Pasadena, CA 91185-1511 | | | 17,193.72 |
| State of California Employment Development Dept.<br>PO Box 826286<br>Sacramento, CA 94230-6286 | State of California Employment Development Dept.<br>PO Box 826286<br>Sacramento, CA 94230-6286 | | | 14,762.30 |
| Technical Services<br>1881 Paysphere Circle<br>Chicago, IL 60674 | Technical Services<br>1881 Paysphere Circle<br>Chicago, IL 60674 | | | 24,867.13 |
| U.S. Trailer Parts & Supply<br>4334 S. Tripp<br>Chicago, IL 60632 | U.S. Trailer Parts & Supply<br>4334 S. Tripp<br>Chicago, IL 60632 | | | 9,016.40 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  **May 10, 2005**        Signature   **/s/ J. Thomas Williams**
                                                                   **J. Thomas Williams**
                                                                   **VicePresident**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§  152 and 3571.

A&S Steel Specialties, Inc.
1001 Clinton Street
Lockport, IL 60441


ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250-7967


Advanced Trailer Sales & Svcs
2101 E. Charter Way
Stockton, CA 95205


Aeropure Water
4203 Coronado Avenue
Stockton, CA 95204


Ajax Waster Services
P.O. Box 2102
Joliet, IL 60434


Allegiance Telecom, Inc.
9101 N. Central Expressway
Box 100
Dallas, TX 75231


Ameren Ue
P.O. Box 6686
Saint Louis, MO 63166


America United Bank and Trust
321 West Golf Road
Schaumburg, IL 60196


AT & T
P.O. Box 9001310
Louisville, KY 40290-1310


Avaya
P.O. Box 73061
Chicago, IL 60673-3061


Avaya, Inc.
P.O. Box 5332
New York, NY 10887-5332

Bay City Leasing LLC
P.O. Box 74699
Chicago, IL 60675-4699


Bay Tree Finance Company
9 Market Square Court
Lake Forest, IL 60045-0230


Bette's Legs, Inc.
892 Country Club Lane
Waterloo, IL 62298


Buffers USA, Inc.
P.O. Box 351581
Jacksonville, FL 32235


California Labor Law Poster Service
422 Elmwood Drive
#14
Lansing, MI 48917-2460


Campora Propane Service
2525 E. Mariposa Road
Stockton, CA 95205-8611


Cardlock Fuels
P.O. Box 14014
Orange, CA 92863-4014


Chavez, Tom
1509 County Farm Road
Wheaton, IL 60187


Chicago Bandag, Inc.
425 Fenton Lane
West Chicago, IL 60185


Chicago Tire
16001 S. Van Drunen Road
South Holland, IL 60473


Chicagoland Truck Parts
4657 W. 47th Street
Chicago, IL 60632

Cintas Corporation
P.O. Box 5
Bedford Park, IL 60499-0005


City International Truck Inc.
4655 S. Central Avenue
Chicago, IL 60638


Clutch & Brake Xchange
P.O. Box 8401
Stockton, CA 95208


Corevision Group
290 Gerzevske Lane
Carol Stream, IL 60188


Crosstown
5212 S. Archer Avenue
Chicago, IL 60632


Custom Global Logistics
36968 Eagle Way
Chicago, IL 60678-1369


Dameron Hospital
525 W. Acacia Street
Stockton, CA 95203


Delta Mark
11 Shoshoni Way
Branchburg, NJ 08876


Delta Protective Services
709 N. Center Street
Suite J
Stockton, CA 95202


Express Personnel Services
P.O. Box 730039
Dallas, TX 75373-0039


Fastenal
P.O. Box 978
Winona, MN 55987-0978

FedEx Freight East
4103 Collection Center
Chicago, IL 60693


Fleet Engineers
1800 E. Keating Avenue
Muskegon, MI 49442


Forest View Properties, LLC
c/o Malet Realty, Ltd.
900 W. Jackson Blvd., Ste 4W
Chicago, IL 60607


Gallo Equipment
11835 S. Avenue O
Chicago, IL 60617


Globetech
2700 Needmore Road
Dayton, OH 45414


Golden Eagle Spotting
P.O. Box 931
Hannibal, MO 63401-9553


Gordon Bros.
1340 W. 43rd Street
Chicago, IL 60609


Grainger
Dept. 814-810747816
Palatine, IL 60038-0001


Graphics 2000, Inc.
210 W. 22nd Street
Suite 126
Oak Brook, IL 60523


Home Depot
P.O. Box 9903
Macon, GA 31297-9903


Home Depot - CA
P.O. Box 6029
The Lakes, NV 88901

```
Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214


Idealease of Stockton, Inc.
P.O. Box 6579
Stockton, CA 95206


Ikon Office Solutions
P.O. Box 802566
Chicago, IL 60680-2566


IL Dept. of Employment Security
Chicago Region - Revenue
527 S. Wells
Chicago, IL 60680


Illinois American Water
P.O. Box 2569
Decatur, IL 62525-2569


Internal Revenue Service
(Insolvency)
200 W. Adams, Suite 2300
Chicago, IL 60606


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Jiffy Lube
AFMS P.O. Box 1610
Ellicott City, MD 21041-1610


Joel Nathan
United States Attorney
219 S. Dearborn
Chicago, IL 60604


Johnson Electric
405 W. Manila Road
Lathrop, CA 95330
```

```
Jos Capital
P.O. Box 650016
Dallas, TX 75265-0016


Kragen Auto Parts/CSK Auto
75 Remittance Drive
Suite 1571
Chicago, IL 60675-1571


Kusper & Raucci
30 N. LaSalle St.
Suite 3400
Chicago, IL 60602


L.A. Fasteners
P.O. Box 1048
Saint Charles, IL 60174-7048


Liberty Sales and Leasing LLC
3111 W. 167th Street
Hazel Crest, IL 60429


LTT Trailers, Inc.
PO Box 1400
Ceres, CA 95307


MacNeal OCC Health Service
135 S. LaSalle Street
Dept. 2393
Chicago, IL 60674-2393


Maloney, Scott J.
1807 W. 33rd Street
Chicago, IL 60616


Mandal Truck & Trailer
Interstate Billing Service
Birmingham, AL 35287-1265


Manus Products, Inc.
866 Industrial Boulevard
Waconia, MN 55387
```

```
McGriff Intermodal Nell
P.O. Box 1148
Cullman, AL 35056-1148


Metroplitan Water Reclamation Dist.
100 E. Erie Street
Chicago, IL 60611


Midway Material Handling
1530 E. Birchwood Ave.
Des Plaines, IL 60018


Missouri Great Dane
404 S. Cool Springs Road
P.O. Box 246
O Fallon, MO 63366


MTC Holdings
1999 Harrison Street
Oakland, CA 94612


Napa Auto Parts
910 E. Weber
Stockton, CA 95202


New Life Transport
P.O. Box 9426
Grand Rapids, MI 49509


Newport-West Data Services, Inc.
2092 Omega Road
Suite J
San Ramon, CA 94583


Nextel
P.O. Box 54977
Los Angeles, CA 90054-0977


Nicor
P.O. Box 416
Aurora, IL 60568-0001


Norfolk Southern
110 Franklin Road
Roanoke, VA 24042-0044
```

O'Neil Lumber
104 S. Clair Avenue
East Saint Louis, IL 62202-0009


Office Depot
P.O. Box 9020
Des Moines, IA 50368-9020


Officemax
File 42256
Los Angeles, CA 90074-2256


Pacific Coast Retreaders
333 Hegenberger
Suite 705
Oakland, CA 94621


Parts 123, Inc.
1833 Windsor Place
Louisville, KY 40204


Phillips Industries, Inc.
12070 Burke
Santa Fe Springs, CA 90670


Plaza Fleet Parts
311 Marion Street
Saint Louis, MO 63104


Praxair
Dept. LA 21511
Pasadena, CA 91185-1511


Praxair
Dept. CH 10660
Palatine, IL 60055-0660


Puritan Springs
1709 N. Kickapoo
Lincoln, IL 62656-1366


R & R Mobile Washington
1323 St. Zita Lane
Cahokia, IL 62306

```
Ramos Oil Company
P.O. Box 401
West Sacramento, CA 95691


Ramsey Express, David Ramsey
Rough and Ready Island
Bldg 618 - Box 10
Stockton, CA 95203


Saf-T-Gard
135 S. LaSalle Street
Dept. 1545
Chicago, IL 60674-1545


Safety-Kleen Corp.
P.O. Box 382066
Pittsburgh, PA 15250-8066


SBC
Bill Payment Center
Chicago, IL 60663-0001


Signature Graphics, Inc.
1000 Signature Drive
Porter, IN 46304


State Board Equalization
P.O. Box 942808
Sacramento, CA 94208-0001


State of California
Employment Development Dept.
PO Box 826286
Sacramento, CA 94230-6286


Sterling Commerce
P.O. Box 73199
Chicago, IL 60673


Stockton Scavenger Inc.
P.O. Box 78251
Phoenix, AZ 85062-8251
```

Systran Financial Services
4949 SW Meadows Road
Lake Oswego, OR 97035


Tank Trailer Cleaning, Inc.
1102 N. 1st Street
East Saint Louis, IL 62201


Technical Services
1881 Paysphere Circle
Chicago, IL 60674


Telepacific Communications
P.O. Box 526035
Sacramento, CA 95852-6035


Terminix
6322 Old Collinsville Road
Fairview Heights, IL 62208


The Plus Group
35116 Eagle Way
Chicago, IL 60678-1351


The Welding Center
7400 S. Central Avenue
Bedford Park, IL 60638


Thompson's Gas Inc.
1431 North Illinois Street
Swansea, IL 62226


Tire Management, Inc.
481 NE Industrial Drive
Attn:  Erin Howorth
Aurora, IL 60504


Too Many Services
P.O. Box 039
National Stock Yards, IL 62071


Total Fire & Safety, Inc.
6808 Hobson Valley Drive
Woodridge, IL 60517

```
TPU
7800 W. 60th Street
Summit Argo, IL 60501


Track In Motion
2803 E. 208th Street
Carson, CA 90810


Tractor Tailer
P.O. Box 796024
Saint Louis, MO 63179-6000


Transport Finishes, Inc.
1217 W. 171st Street
Hazel Crest, IL 60429-1904


Transport Publishing Co.
500 W. Cermak
Suite 318
Chicago, IL 60616


Trudell Trailers
Box 88899
Milwaukee, WI 53288


U.S. Healthworks Medical Group
P.O. Box 79162
City Of Industry, CA 91716-9162


U.S. Trailer Parts & Supply
4334 S. Tripp
Chicago, IL 60632


Uni-Bond Lighting & Safety
1350 Jarvis
Ferndale, MI 48220


Utility Trailer Sales of Central CA
P.O. Box 4079
Modesto, CA 95352-4079


Waltco Truck Equipment
285 Northeast Avenue
Tallmadge, OH 44278
```

Waste Management of Illinois-Metro
P.O. Box 9001054
Louisville, KY 40289-1054


Weld-Rite Services
6715 W. 73rd Street
Bedford Park, IL 60638


Wichita Southeast Kansas
P.O. Box 829
Parsons, KS 67357


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555