**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 0 7 2005
KENNETH S. GARDNER, CLERK
PS REP. - KLY

| | |
|---|---|
| In re: | Chapter 11 |
| NBCCAT CORPORATION, et al. | Case No. 05 B 18546<br>Jointly Administered |
| Debtors. | Hon. A. Benjamin Goldgar |

## NOTICE OF FINAL HEARING

**PLEASE BE ADVISED that** on May 12, 2005, the Court conducted a Preliminary Hearing on the Motion ("Motion") of NBCCAT Corporation and Remare Transportation Corp. ("Debtors") for entry of an order ("Interim Order") authorizing the Debtors to (i) factor their account receivable and to incur debt pursuant to a post-petition factoring agreement and related documents; (ii) grant super priority security interests and administrative priority; (iii) authorizing use of cash collateral; and (iv) granting adequate protection for use of cash collateral of Systran Financial Services Corp. ("Systran"). On that date, the Court entered the Interim Order granting the Motion. Copies of the Interim Order and Local Bankruptcy Rule 4001 Statement are available upon request to Debtors' counsel, Miriam R. Stein at (312) 876-7119. On June 2, 2005, the Court entered an Order continuing the terms of the Interim Order through and including June 27, 2005.

**PLEASE BE FURTHER ADVISED that** a final hearing ("Final Hearing") shall be conducted on **June 27, 2005 at 10:00 a.m.** before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge in Courtroom 613 of the Dirksen Federal Building located at 219 S. Dearborn Street, Chicago, IL 60604, to consider the entry of a final order ("Final Order") approving the Motion. A copy of the proposed Final Order is attached hereto for the Debtors' twenty largest creditors and certain other parties in interest, as Exhibit A. The

terms of the Final Order are subject to revisions prior to the Final Hearing. Creditors who did not receive a copy of the draft Final Order, and wish to receive a copy, may request one from Debtor's counsel, Miriam R. Stein, at (312) 876-7119.

**PLEASE BE FURTHER ADVISED that** written objections to the Final Order should be filed with the Court and served on (a) Debtors' counsel, Miriam R. Stein of the law firm of Arnstein & Lehr LLP, 120 S. Riverside Plaza, Suite 1200, Chicago, IL 60606; (b) Counsel for Systran, Jeffery A. Deller, Klett Rooney Lieber & Rooney, P.C., One Oxford Center, 40th Floor, Pittsburgh, PA 15219; (c) Local counsel for Systran, Michael M. Schmahl, McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601; and (d) Kathryn M. Gleason, Office of the United States Trustee, 227 W. Monroe, Suite 3350, Chicago, Illinois 60606, on or before 4:30 p.m. on **June 20, 2005.**

**PLEASE BE FURTHER ADVISED that** the Court may continue the Final Hearing from time to time without further notice, other than as announced in open Court.

June 2, 2005

NBCCAT Corporation et al.

By: _____
One of Their Attorneys

Barry A. Chatz
Miriam R. Stein
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288