# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NBCCAT CORPORATION, et al. | ) | Case No. 05 B 18546 Lead Case |
| | ) | 05 B 18551 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on **December 12, 2007 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge A. Benjamin Goldgar or any other judge sitting in his stead, in Courtroom 613 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **MOTION FOR FINAL DECREE,** at which time and place you may appear as you see fit.

                                    Remare Transportation Corporation and
                                    NBCCAT Corporation

                                    By:   /s/ Miriam R. Stein
                                            One of its Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## PROOF OF SERVICE

I, Miriam R. Stein, an attorney, certify that I caused a copy of this notice and the document referenced herein to be served on the parties to whom it is directed via U.S. Mail, postage prepaid, on November 28, 2007.

                                    /s/ Miriam R. Stein
                                    One of Its Attorneys

## REMARE/NBCCAT SERVICE LIST

Terry Shulsky, Esq.
Klett Rooney Lieber & Schorling
40th Floor, One Oxford Centre
Pittsburgh, PA 15219

Gregory Stull
Internal Revenue Service
200 W. Adams, Suite 2300
Chicago, IL 60606

Kathryn M. Gleason
Office of the U.S. Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606

Joel R. Nathan
United States Attorney
219 S. Dearborn St., Suite 500
Chicago, IL 60604

Bruce Lithgow
Baker & McKenzie LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

Automobile Mechanics' Local 701
c/o Arnold and Kadjan
Donald Schwartz
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

Jeff Martin
Textron Financial Corporation
(f/k/a Systran)
4949 SW Meadows Road, Suite 500
Lake Oswego, OR 97035

to foIN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NBCCAT CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 05 B 18546 Lead Case<br>05 B 18551 (Jointly Administered)<br>Hon. A. Benjamin Goldgar<br><br>Hearing Date: December 12, 2007<br>Hearing Time: 10:00 a.m. |

## MOTION FOR FINAL DECREE

Now comes NBCCAT Corporation ("NBCCAT") and Remare Transportation Corporation ("Remare" and collectively, the "Debtors"), by and through their counsel, Arnstein & Lehr LLP and for their Motion for Final Decree, state as follows:

### Background of Case

1. On May 10, 2005, the Debtors filed voluntary petitions under Chapter 11 of the Code. From and since that date, the Debtors have continued to operate their businesses and manage their financial affairs as Debtors in Possession under the supervision of this Court.

2. By order entered May 12, 2005, the Debtors' cases are jointly administered.

3. The Debtors are corporations, organized and existing under the laws of the state of Illinois and headquartered in Chicago, Illinois. The Debtors are in the business of repairing equipment for trailers, containers, chassis and body frames. The Debtors operate from different locations in Illinois and California. The headquarters of the Debtors is located in Illinois.

4. On April 3, 2007, the Court entered an Order confirming the Debtors' respective Modified Second Plans of Reorganization (the "Plans").

### The Plan

5. Under their respective Plans, the Debtors propose a reorganization of each Debtor's business and repayment of each Debtor's creditors in full over a period of time.

6. The Debtors have paid all of their administrative claim obligations in full. The statutory fees owed to the United States Trustee have either been paid in full or will be paid in full on or before December 12, 2007.

7. The Debtors have made all scheduled payments due on or before the Effective Dates of the Plans which include payment of certain secured debt and initial payment of tax debts.

8. Allowed general unsecured claims shall be paid in full in five (5) annual payments with the first payment to commence on or before June 13, 2008.

9. All motions pending before this Court have been completed. All adversary proceedings have been settled and dismissed.

10. The Plans did not call for any transfer of stock or property to creditors, and none has been made.

11. The Debtors request that in light of the circumstances of these cases, no further notice of this motion is needed.

WHEREFORE, the Debtors pray for the following relief:

  A. That a final decree be entered in each of the Debtor's cases, and that each Debtor's case be closed; and

  B. That the Court grant the Debtors such other and further relief as is just and proper.

        Respectfully submitted,

        Remare Transporation Corporation and
        NBCCAT Corporation

        By: /s/ Miriam R. Stein
         One of their Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288