# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NBCCAT CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 05 B 18546 Lead Case<br>05 B 18551 (Jointly Administered)<br>Hon. A. Benjamin Goldgar |

## FINAL DECREES AND ORDER CLOSING CASES

This matter coming to be heard before the Court on the Motion of NBCCAT Corporation and Remare Transportation Corporation (collectively, the "Debtors") for Final Decree and to Close the above cases. The Court finding notice of the Motion to be sufficient under the circumstances, being otherwise fully informed in the premises, and it appearing that the Debtors' respective Modified Second Amended Plans of Reorganization confirmed by this Court on April 2, 2007, being substantially consummated,

IT IS HEREBY ORDERED that

1. A Final Decree be entered in the case of NBCCAT Corporation, Case No. 05 B 18546 (the "NBCCAT Case").

2. A Final Decree be entered in the case of Remare Transportation Corporation, Case No. 05 B 18551 (the "Remare Case").

3. The NBCCAT Case and the Remare Case be closed.

Dated: **DEC 12 2007**

ENTERED:

Hon. A. Benjamin Goldgar
U.S. Bankruptcy Judge